80 A.3d 744

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JAMES GRATE, DEFENDANT–PETITIONER.

December 6, 2013.

ORDERED that the petition for certification is granted limited to the issue whether defendant's sentence is excessive.